# EXHIBIT A

DCSA Acknowledgment and Follow-Up Email Chain

Request No. DCSA-M 26-11094

**Source:** Native .eml file supplied by Plaintiff
**Coverage:** DCSA acknowledgment dated July 9, 2026, and Plaintiff's follow-ups dated July 9 and July 17, 2026.
**Note:** This exhibit reproduces the substantive plain-text email content. No substantive language has been altered.

**From:** Michael Bahlmann <michael.g.bahlmann@gmail.com>

**To:** DCSA Ft Meade DCSA Mailbox Privacy Act <dcsa.meade.dcsa.mbx.privacy-act@mail.mil>

**Date:** Fri, 17 Jul 2026 11:56:56 -0400

**Subject:** Re: DCSA Records Request – Acknowledgement, DCSA-M 26-11094

Good Morning,

I am following up on my request for expedited processing, under 32 CFR 1662.12. and 32 CFR 286.8(e)(1)(ii)(A). It was neither granted or denied.

Respectfully,

Michael Bahlmann

On Thu, Jul 9, 2026 at 3:31 PM Michael Bahlmann < michael.g.bahlmann@gmail.com> wrote:

> Good Afternoon,
>
> Thank you for confirming receipt. However, I believe there is a misunderstanding regarding my request for expedited processing. By law, the federal government must provide expedited processing of Privacy Act and FOIA requests, when certain regulatory criteria are met. Please see 32 CFR 1662.12. In my request I cited, 32 CFR 286.8(e)(1)(ii)(A) as my "compelling need." By law, DCSA must grant or deny expedited processing based on this request. I believe that my situation meets the definition of an "imminent loss of due process rights" and that expedited processing should be granted.
>
> Respectfully,
>
> Michael Bahlmann
>
> On Thu, Jul 9, 2026 at 2:31 PM DCSA Ft Meade DCSA Mailbox Privacy Act < dcsa.meade.dcsa.mbx.privacy-act@mail.mil> wrote:
>
> > Greetings:
> >
> > This e-mail serves to acknowledge receipt of your request for records per the Freedom of Information Act and Privacy Act of 1974. Your request has been assigned tracking number *DCSA-M 26-11094* and placed in our queue for processing. We are required to respond to each request in the order in which it was received; this ensures no request is shown favoritism or given priority above another. Please allow 90 days before sending a status inquiry regarding your request as it may cause further delays. We

appreciate the opportunity to assist you in this matter.

Sincerely,

Freedom of Information and Privacy Office for Trust Decision (Adjudications)

Defense Counterintelligence and Security Agency

601 10th Street, Fort Meade, MD 20755-5131

Email: dcsa.meade.dcsa.mbx.privacy-act@mail.mil